UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-80657-CV-Middlebrooks/Matthewman

JERMAINE SMITH,

    Petitioner,

v.

SECRETARY, DEPARTMENT OF
CORRECTIONS, STATE OF FLORIDA

    Respondent.

_____/

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE comes before the Court on Magistrate Judge William Matthewman's Report, issued on August 20, 2024. (DE 39). The Report recommends denying Petitioner Jermaine Smith's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (*Id.*). Petitioner filed timely Objections to the Report. (DE 40).

I have conducted a *de novo* review of the Report, objections, and the record as a whole. Upon review, I agree with Magistrate Judge Matthewman's conclusion that Mr. Smith's habeas petition should be denied. Further, I agree with the Report's finding that no certificate of appealability should issue.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Petitioner's Objections to the Magistrate's Report (DE 40) are **OVERRULED**.

(2) Magistrate Judge Matthewman's Report (DE 39) is hereby **ADOPTED**.

(3) Petitioner's *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (DE 1) is **DENIED**.

(4) A Certificate of Appealability is **DENIED**.

(5) Final judgment will be entered by separate Order.

**SIGNED** in Chambers in West Palm Beach, Florida, this 3rd day of September, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Magistrate Judge William Matthewman;
Counsel of Record